**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHNNY FRANK ADAMS**                                           **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 3:23-cv-463-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

**ORDER GRANTING CONSENT MOTION TO REMAND**

On this date came for consideration Defendant's Unopposed Motion [Doc. No. 22] to Remand and Enter Judgment, and Supporting Memorandum [Doc. No. 23], and the Court being advised in the premises is of the opinion that said Motion should be granted.

It is therefore ORDERED that Defendant's May 2023 unfavorable final decision denying Plaintiff's claims under Title II and Title XVI of the Social Security Act, shall be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED, this the 24th day of July, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**